IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 3:23-cr-019 |
| | ) |
| | ) 18 U.S.C. § 1466A(a)(1) |
| | ) Production of Obscene Visual |
| v. | ) Representations of the Sexual Abuse |
| | ) of Children |
| | ) (Count 1) |
| JESSE FERNANDO PEREZ, | ) |
| | ) 18 U.S.C. § 1466A(b)(1) |
| | ) Possession of Obscene Visual |
| Defendant. | ) Representations of the Sexual Abuse |
| | ) of Children |
| | ) (Count 2) |
| | ) |
| | ) Forfeiture Notice |

**INDICTMENT**

February 2023 Term — At Richmond, Virginia.

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Production of Obscene Visual Representations of the Sexual Abuse of Children)

Between on or about May 16, 2017 and on or about January 30, 2020, in the Eastern

District of Virginia, at a place within the special maritime and territorial jurisdiction of the

United States, namely the Federal Correctional Institution in Petersburg, Virginia, defendant

JESSE FERNANDO PEREZ, having been previously convicted under Chapter 110 of Title 18,

United States Code, knowingly produced at least one visual depiction that depicts a minor

engaging in sexually explicit conduct, as defined by Title 18, United States Code, Section

2256(2)(A), knowing that the contents of said visual depiction were of a sexually oriented nature,

1

which visual depiction was obscene and was produced using materials that were mailed, and that were shipped and transported in interstate and foreign commerce by any means.

(In violation of Title 18, United States Code, Section 1466A(a)(1) and (d).)

## COUNT TWO
(Possession of Obscene Visual Representations of the Sexual Abuse of Children)

On or about January 30, 2020, in the Eastern District of Virginia, at a place within the special maritime and territorial jurisdiction of the United States, namely the Federal Correctional Institution in Petersburg, Virginia, defendant JESSE FERNANDO PEREZ, having been previously convicted under Chapter 110 of Title 18, United States Code, knowingly possessed at least one visual depiction that depicts a minor engaging in sexually explicit conduct, as defined by Title 18, United States Code, Section 2256(2)(A), knowing that the contents of said visual depiction were of a sexually oriented nature, which visual depiction was obscene and was produced using materials that were mailed, and that were shipped and transported in interstate and foreign commerce by any means.

(In violation of Title 18, United States Code, Section 1466A(b)(1) and (d).)

2

## FORFEITURE NOTICE

Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is notified that:

Upon conviction of any offense alleged in Counts One and Two of this indictment, defendant JESSE FERNANDO PEREZ shall forfeit to the United States of America all of his interest in: (a)  any obscene material produced in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense.

(All in accordance with Title 18, United States Code, Section 1467)

A TRUE BILL:

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

By: _____
Michael C. Moore
Assistant United States Attorney